IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CDD TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:13-cv-523-MHS |
| v. | ) |
| | ) |
| LENOVO GROUP LIMITED | ) |
| and LENOVO (UNITED STATES) INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff CDD Technologies, LLC ("CDD") against Defendants Lenovo Group Limited and Lenovo (United States) Inc. in the above-captioned action are hereby dismissed without prejudice and all counterclaims by Defendants against CDD are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: March 4, 2014         */s/Andrew W. Spangler*
                             Andrew W. Spangler TX SB #24041960
                                 spangler@sfipfirm.com
                             Spangler Law P.C.
                             208 N. Green Street, Suite 300
                             Longview, TX 75601
                             Telephone:  (903) 753-9300
                             Facsimile:  (903) 553-0403

                             Stamatios Stamoulis DE SB #4606
                                 stamoulis@swdelaw.com
                             Richard C. Weinblatt DE SB #5080
                                 weinblatt@swdelaw.com
                             Stamoulis & Weinblatt LLC
                             Two Fox Point Centre

1

6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

*Attorneys for Plaintiff*


*/s/Eric H. Findlay*
Eric H. Findlay TX SB #00789886
    efindlay@findlaycraft.com
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Jennifer A. Trusso
    jtrusso@shepprdmullin.com
Andrew T. Kim
    akim@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.


*/s/Andrew W. Spangler*
Andrew W. Spangler